IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 5:07-cr-48/RS
                                                  5:09-cv-389/RS-EMT

TIMOTHY LAMONDS,

    Defendant.

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 177). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended motion to vacate, set aside, or correct sentence (Doc. 154) is **DENIED** and **DISMISSED**.

3. A certificate of appealibility is **DENIED**.

**ORDERED** on November 10, 2011.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**